1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY E SALMON,

                Plaintiff,

    v.

SKAGIT COUNTY JAIL,

              Defendants.

Case No. 2:23-cv-00633-JNW-TLF

REPORT AND
RECOMMENDATION

NOTED FOR AUGUST 25, 2023

On May 11, 2023, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 4), with respect to his proposed civil rights complaint (Dkt. 1-1). On May 16, 2023, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 7.

Given the identified deficiencies in the proposed complaint, the Court did not grant Plaintiff's IFP application. Plaintiff was given until June 9, 2023, to show cause why his complaint should not be dismissed or file an amended complaint. The order to show cause was returned to the Court as undeliverable. Dkt. 8. The Court subsequently granted Plaintiff until July 31, 2023, to update his address pursuant to Local Civil Rule 41(b)(2). Dkt. 9. This came back to the Court as undeliverable. Dkt. 10. Plaintiff has not responded to the Court's order to show cause and has not updated his address. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on August 25, 2023, as noted in the caption.

Dated this 4th day of August, 2023.


Theresa L. Fricke
United States Magistrate Judge