UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY E. SALMON,<br><br>            Plaintiff,<br><br>    v.<br><br>SKAGIT COUNTY JAIL,<br><br>            Defendant. | CASE NO. 2:23-cv-633<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

     This matter comes before the Court on United States Magistrate Judge Theresa Fricke's Report and Recommendation. Dkt. No. 11. On May 16, 2023, Magistrate Judge Fricke ordered Plaintiff to show cause why his complaint should not be dismissed for failure to state a claim. Dkt. No. 7. The Order to show cause was returned to the Court as undeliverable. Dkt. No. 8. The Court then issued another Order to show cause directing the Plaintiff to notify the Court of his current mailing address pursuant to LCR 10(f) by July 31, 2023. Dkt. No. 9. This also came back to the Court as undeliverable. Dkt. No. 10. To date, Plaintiff has not responded to either of the Court's Orders. *See* docket generally. On August 4, 2023, Magistrate Judge Fricke issued a Report and Recommendation recommending that the Court deny Plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute. Dkt. No. 11.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Clerk of the Court mailed a copy of the Report and Recommendation to Plaintiff at his address of record at the Skagit County Community Justice Center. The Report and Recommendation was also returned as undeliverable. Dkt. No. 12. Plaintiff has not objected to the Report and Recommendation.

All Parties, including "any party not represented by an attorney," are responsible for maintaining accurate contact information with the Court, including a valid mailing address, and "must file a notice with the court of any change in address . . . within ten days of the change." LCR 10(f). Plaintiff has not provided a notice of change of address to the Court as required by Local Rule 10(f), nor has he filed objections to the Report and Recommendation.

The Court finds and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 31st day of August 2023.

Jamal N. Whitehead
United States District Judge